UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Juan Ruffino QUINONEZ SILVESTRE,
Petitioner,
v.
Christopher LaROSE, et al.,
Respondents.

Case No.: 26-cv-4460-AGS-DEB

**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING RELEASE**

Petitioner Juan Ruffino Quinonez Silvestre seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. He asks that the Court "order his "immediate[] release" from detention (ECF 1, at 9), and "[r]espondents do not oppose the [p]etition" (ECF 5, at 3). The Court thus **GRANTS** the petition and orders respondents to immediately release petitioner. All pending deadlines and hearings are vacated. The Clerk's Office is directed to issue a judgment and close this case.

Dated: August 14, 2026

Hon. Andrew G. Schopler
United States District Judge